IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                                                                                    PLAINTIFF

      v.                          Civil No.  11-3020

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION; STUART J. ISHIMARU,
Chairman, Equal Employment Opportunity
Commission                                                                                                                       DEFENDANTS

## ORDER

The current Chair of the Equal Employment Opportunity Commission is Jacqueline A. Berrien.  **The Clerk is directed to substitute Ms. Berrien as a Defendant in place of Mr. Ishimaru.**

The Court hereby directs the United States Marshal to serve the Defendants the United States Equal Employment Opportunity Commission and Chair Berrien.

The United States Equal Employment Opportunity Commission and Chairman Berrien may be served by:  (1) delivering a copy of the summons and complaint to the United States Attorney for the Western District of Arkansas, or to an assistant United States Attorney, or sending a copy of the summons and complaint by registered mail addressed to the civil process clerk at the office of the United States Attorney for the Western District of Arkansas; **and** (2) sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States, the Honorable Eric Holder, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001; **and** (3) sending a copy of the summons and complaint by registered or certified mail to Chair Berrien, the EEOC Office Building, 131 "M" Street N.E., Washington, DC  20507 .

Defendants are to be served without prepayment of fees and costs or security therefor.

The Defendants are ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 8th day of June 2011.

/s/ *J. Marschewski*
　HON. JAMES R. MARSCHEWSKI
　CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)