IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                                         PLAINTIFF

v.                                 Case No. 3:11-CV-03020

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION; JACQUELINE A. BERRIEN,
Chairman, Equal Employment Opportunity
Commission                                                          DEFENDANTS

**ORDER AND JUDGMENT**

Currently before the Court is the Report and Recommendation (Doc. 32) filed in this case on August 8, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by either party.[1]

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment (Doc. 15) be GRANTED, and Plaintiff's case be DISMISSED WITH PREJUDICE.

---

[1] The Court notes that, subsequent to the entry of the Report and Recommendation, Mr. Adams did ask the Court on August 10, 2012, in case 3:12-cv-03076-PKH, to dismiss "every FOIA case" he had filed with this Court, including the instant matter. (Doc. 4, case 3:12-cv-03076-PKH). He withdrew that request just 13 days later on August 23, 2012. (Doc. 5, case 3:12-cv-03076-PKH).

IT IS SO ORDERED AND ADJUDGED this 26th day of September, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE